# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ROYDALL LUMAR

NO. 2022 KW 0833

**OCTOBER 24, 2022**

---

In Re:    Roydall Lumar, applying for supervisory writs, Ascension Parish Court, Parish of Ascension, No. 607,841.

---

**BEFORE:    McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to comply with the Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(A), by failing to include a notarized affidavit verifying the allegations of the application and certifying that a copy has been delivered or mailed to the respondent judge and opposing counsel that includes their respective addresses and telephone numbers. The writ application does not comply with Rule 4-5(B) as it is not properly bound. Relator also failed to comply with Rule 4-5(C)(1), (8), (9) and (11), by failing to include an Index, a copy of the misdemeanor bill of information, a copy of the opposition, if any, and the return date order. Moreover, although it is not a violation of the Uniform Rules, relator failed to include a copy of the bench trial transcript and a copy of any exhibits introduced at trial, which we find necessary to adequately review the parish court's judgment. La. Code Crim. P. art. 912.1(C)(1); **City of Baton Rouge v. Plain,** 433 So.2d 710 (La.), <u>cert. denied</u>, 464 U.S. 896, 104 S.Ct. 246, 78 L.Ed.2d 235 (1983). Supplementation of this writ application and/or an application for rehearing will not be considered. <u>See</u> Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future filing on the issues raised herein should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**JMM**
**PMc**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_a.c._

---
DEPUTY CLERK OF COURT
FOR THE COURT